MATILDA NELSON, as Administratrix of the Estate of EMIL E. NELSON, Deceased, Respondent, *v.* WILLIAM YOUNG, Appellant, Impleaded with Others.

*Nelson* v. *Young*, 91 App. Div. 457, affirmed.
(Argued December 12, 1904; decided December 30, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 10, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Edwin A. Jones* and *Harford T. Marshall* for appellant.

*J. Edward Swanstrom* and *Conrad Saxe Keyes* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, BARTLETT, HAIGHT and VANN, JJ. Not voting: GRAY, J. Absent: WERNER, J.